

DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED  Bk 17777 PG 798
Instr # 2018032900
08/13/2018 03:32:20 PM
Pages 1  YORK CO

## QUITCLAIM ASSIGNMENT

WHEREAS, American Financial Resources, Inc. is identified as the "Lender" on a certain mortgage executed by Angela L. Brown and Joseph Caroto recorded December 9, 2016 in the York County Registry of Deeds in Book 17381, Page 982 (hereinafter the "Mortgage");

WHEREAS, American Financial Resources, Inc. has certain rights that are described in the Mortgage;

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of American Financial Resources, Inc. and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

WHEREAS, American Financial Resources, Inc. wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, American Financial Resources, Inc. hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Lakeview Loan Servicing, LLC.

Dated: 7/27/2018

American Financial Resources, Inc. by LoanCare LLC, as Attorney in fact under a limited power of Attorney pursuant to the Limited Power of Attorney attached hereto
By: _____
Title: Assistant Secretary
Type/Print Name: DARCIE LYLE

STATE OF VIRGINIA
CITY OF VIRGINIA BEACH

Personally appeared before me this 27 day of July, 2018, the above-named DARCIE LYLE, Assistant Secretary, on behalf of LoanCare LLC as attorney in fact for American Financial Resources, Inc. and acknowledged the foregoing to be his/her free act and deed in said capacity.

Type/Print Name: ASHLEY N. ROUSE
Notary Public
My Commission Expires: 7-31-21

PROPERTY ADDRESS: 546 Ossipee Trail, Limington, ME 04049

