UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO:

LAKEVIEW LOAN SERVICING, LLC

PLAINTIFF

v.

ANGELA L. BROWN AND JOSEPH CAROTO

DEFENDANT(S)

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Lakeview Loan Servicing, LLC, by and through its attorneys, Bendett & McHugh, P.C., files the following Corporate Disclosure Statement pursuant to Local Rule of Civil Procedure 7.1:

1. Lakeview Loan Servicing, LLC is owned by the parent company Bayview MSR Opportunity Corporation. Bayview MSR Opportunity Corporation owns 100% of Lakeview Loan Servicing, LLC.

Respectfully submitted,

Lakeview Loan Servicing, LLC

By its Attorneys,

BENDETT & MCHUGH, P.C.

Dated: December 5, 2018

By: /S/ Carly J. Traub, Esq. Bar No. 5612
MECourtMailings@bmpc-law.com

/S/ Santo Longo, Esq.  Bar No.: 5192
MECourtMailings@bmpc-law.com

/S/ Andrew J. Schaefer, Esq.  Bar No.: 5770
MECourtMailings@bmpc-law.com

/S/ Tristan E. Birkenmeier, Esq.  Bar No.: 5283
MECourtMailings@bmpc-law.com

Attorneys for Plaintiff
Bendett & McHugh, PC
30 Danforth Street, Suite 104
Portland ME, 04101
207-221-0016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/S/ Carly J. Traub