UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:18-cv-00496-DBH

LAKEVIEW LOAN SERVICING, LLC

PLAINTIFF

v.

ANGELA L. BROWN AND JOSEPH CAROTO

DEFENDANTS

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR SETTLEMENT CONFERENCE

Plaintiff Lakeview Loan Servicing, LLC by and through its attorneys, Bendett & McHugh, P.C., hereby responds to Defendant Angela Brown's Request for a Settlement Conference.

Defendant Angela Brown filed a state court Response to Complaint form and requested a settlement conference. Plaintiff is happy to discuss and negotiate potential settlement options with the Defendants. Plaintiff will contact both Defendants to schedule the settlement conference.

Respectfully submitted,
Plaintiff
By its Attorneys,
BENDETT & MCHUGH, P.C.

Dated: April 5, 2019         By: /s/ Matthew Crouter, Esq. Bar No. 5909
                                 MECourtMailings@bmpc-law.com

1

Attorney for Plaintiff
Bendett & McHugh, PC
30 Danforth Street, Suite 104
Portland ME, 04101
207-221-0016
MECourtMailings@bmpc-law.com

**CERTIFICATE OF SERVICE**

  I, Matthew Crouter, Esq., hereby state that a true and correct copy of Plaintiff's Response to Defendant's Request for Settlement Conference is being filed electronically utilizing the ECF system and that the EFC system will automatically generate and send a Notice of Electronic Filing to all users associated with the case. If the ECF system indicates that a party is being served electronically, such service will be deemed to comply with the ECF system. If the ECF system indicates that a party is not a user of the ECF system, a true and correct copy of this filing will be delivered by United States first class mail, postage prepaid, to any such party.

            By: /s/ Matthew Crouter, Esq. Bar No. 5909
               MECourtMailings@bmpc-law.com