UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  Lakeview Loan Servicing LLC v. Brown

DOCKET NO:  2:18-cv-00496-DBH

# Exhibit List

| Pltf Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| A | | | 12/9/16 Promissory Note | | | | |
| B | | | Mortgage recorded in Book 17381 at Page 982 | | | | |
| C | | | Assignment of Mortgage to Plaintiff recorded in Book 17716 at Page 713 | | | | |
| D | | | Assignment of Mortgage to Plaintiff recorded in Book 17777 at Page 798 with accompanying Power of Attorney | | | | |
| E | | | 9/4/18 Demand Letters sent pursuant to 14 M.R.S. § 6111 | | | | |
| F | | | Payment History and Judgment Figures | | | | |
| G | | | SCRA Affidavits | | | | |
| H | | | Attorney Fees & Costs Affidavit | | | | |
| I | | | Proofs of Service | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |