**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

CIVIL ACTION NO.: 2:18-cv-00496-DBH

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|     v. | ) |
| | ) |
| ANGELA L. BROWN AND | ) |
| JOSEPH CAROTO | ) |
| | ) |
|     Defendants | ) |

**PLAINTIFF'S AMENDED WITNESS & EXHIBIT LIST**

Plaintiff Lakeview Loan Servicing LLC ("Plaintiff") expects to call the following witnesses, and refer to the following exhibits, at the upcoming October 17, 2019 bench trial in this matter:

**1.**     **Fact Witnesses**

    Keith Nichols
    Litigation Resolution Specialist, LoanCare, LLC
    1200 Cherrington Parkway, Moon Township PA 15108

    Mr. Nichols will testify regarding the regularly conducted activities by which the records Plaintiff seeks to introduce at trial were created and maintained, such that those records may be admitted as exceptions to the general rule against hearsay. *See* Fed. R. Evid. 803(6).

    Mr. Nichols's direct testimony will last approximately 15 minutes.

**2.**     **Exhibits (See Exhibit List, being filed separately)**

    Plaintiff acknowledges that the court's September 13, 2019 order directed the parties to "jointly prepare and file a consolidated list of all exhibits to be offered at trial." Plaintiff has not

had contact with Defendants in several months but will supplement or amend this exhibit list should further information from Defendants become known.

          PLAINTIFF
          Lakeview Loan Servicing LLC

          By: //s//Andrew J. Schaefer
              Andrew J. Schaefer, Esq., Maine Bar No. 5770
              Bendett & McHugh, P.C.
              30 Danforth Street
              Portland, ME 04101
              Phone: (207) 517-8918
              Email: aschaefer@bmpc-law.com